# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1281

_____

Daniel R. Baird,                          *
                                          *
            Appellant,                    *
                                          *   Appeal from the United States
      v.                                  *   District Court for the
                                          *   District of Minnesota.
Burlington Northern Santa Fe Railroad,    *
                                          *   [UNPUBLISHED]
            Appellee.                     *

_____

Submitted: April 6, 2007
Filed: April 10, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Daniel R. Baird appeals from the district court's[1] adverse grant of summary judgment in his action for relocation benefits from his employer. Having carefully reviewed the record and the parties' briefs, we agree that summary judgment was proper for the reasons stated by the district court. See K.C.1986 Ltd. P'ship v. Reade Mfg., 472 F.3d 1009, 1019-20 (8th Cir. 2007) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B. We deny Baird's pending motions.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.